**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 29 WM 2017
:
Respondent :
:
:
v. :
:
:
BLAKE SMITH, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.